**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02309-AP

KENDALL JACOBSON,

                Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Robert C. Dawes<br>Dawes and Harriss, P.C.<br>572 East Third Avenue<br>Durango, CO 81301<br>970-247-4411<br>rcd@dawesandharriss.com | DAVID M. GAOUETTE<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Telephone: (303) 454-0184<br>kevin.traskos@usdoj.gov<br><br>DEBRA J. MEACHUM<br>Special Assistant U. S. Attorney<br>Debra.meachum@ssa.gov<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-1570 |

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:**   9/29/09
   B.   **Date Complaint Was Served on U.S. Attorney's Office:** 10/13/09
   C.   **Date Answer and Administrative Record Were Filed:**   12/14/09

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of his knowledge, the record is complete.
**Defendant states:**  To the best of his knowledge, the record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** None anticipated.
**Defendant states:**   None anticipated.

**6.   STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.   OTHER MATTERS**

None.

**8.   PROPOSED BRIEFING SCHEDULE**

   A.   **Plaintiffs Opening Brief Due:**      February 15, 2010**.**
   B.   **Defendant's Response Brief Due:**   March 25, 2010.
   C.   **Plaintiffs Reply Brief (If Any) Due:** April 9, 2010.

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiffs Statement:** Plaintiff does not request oral argument.
    B.    **Defendant's Statement:**  Defendant does not request oral argument

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 4th day of January, 2010.

                                **s/John L. Kane**
                                SENIOR U.S. DISTRICT JUDGE

APPROVED:

| | |
|---|---|
| s/ Robert C. Dawes<br>Robert C. Dawes<br>Dawes and Harriss, P.C.<br>572 East Third Avenue<br>Durango, CO 81301<br>970-247-4411<br>rcd@dawesandharriss.com<br><br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By: s/ Debra J. Meachum<br>   DEBRA J. MEACHUM<br>   Special Assistant U. S. Attorney<br>   Office of the General Counsel<br>   Social Security Administration<br>   1961 Stout Street, Suite 1001A<br>   Denver, CO 80294<br>   Telephone: (303) 844-1570<br>   Debra.meachum@ssa.gov<br>   Attorneys for Defendant. |