IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-2309-AP**

**KENDALL JACOBSON,**

> Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

> Defendant.

---

## ORDER

---

Kane, J.

     The Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #19),

filed April 23, 2010, is **GRANTED**.  In consideration thereof, it is

     **ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the

amount of **$1,100.44**.

     Dated at Denver, Colorado, this 27th day of April, 2010.

> BY THE COURT:

> *S/John L. Kane*
> JOHN L. KANE, SENIOR JUDGE
> UNITED STATES DISTRICT COURT