### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

**Civil Action No. 09-cv-2309-AP**

**KENDALL JACOBSON,**

                **Plaintiff,**

**vs.**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**

                **Defendant.**

---

### ORDER

---

Upon consideration of Plaintiff's (hereinafter referred to as "Claimant") Unopposed

Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) [Doc. #21] and Claimant's

Memorandum in Support thereof [Exhibit B], in which he seeks authorization for payment of

attorney fees by the Social Security Administration ("SSA") Commissioner in the amount of

$7,461.00, I have determined that under the standards set forth in 42 U.S.C. § 406(b), Claimant's

request for $9,663.75 for attorney fees is reasonable.

IT IS HEREBY ORDERED that Claimant's Motion is GRANTED, and as a result, the

SSA Commissioner is ORDERED to pay Claimant's attorney $9,663.75 for fees incurred in

representing Claimant before this Court, and in this matter. These fees are to be paid from

Claimant's retroactive benefits. Claimant's attorney will also be seeking approval of attorney

fees from the Social Security Administration in the amount of $7,461.00, for representation of

Claimant at the administrative level. Claimant's counsel has already been paid EAJA fees of

$4,000.00 in Civil Action No. 05-cv-01521-WDM and $1,100.44 in this action. Upon receipt of

fees awarded by this Court, Claimant's counsel will refund to Claimant the amount of the EAJA

fees paid of $5,100.44.


DATED this 24ᵗʰ  day of May, 2012.


BY THE COURT:



*s/John L. Kane*_____
U.S. District Court Judge